[See Case No. 13,413.]

STEVENS, The R. L. See Case No. 11,872.

## Case No. 13,415.

### STEVENSON v. HAMILTON.

[Cited in Re Jelsh, Case No. 7.257. Nowhere reported; opinion not now accessible.]